Law Offices of Edward Cuccia

EDWARD J. CUCCIA, ESQ. YUYING ZHU, ESQ. WILFREDO SUAREZ, ESQ.

May 21, 2026

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 05/22/2026

**MEMO ENDORSED**

To:
Honorable Lewis A. Kaplan
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: *Manrique Barbosa v. Genalo, et. al.* No. 1:26-cv-3561-LAK

LETTER REQUEST FOR UPDATE REGARDING DISMISSAL

Dear Honorable Lewis A. Kaplan,

The Law Offices of Edward J. Cuccia represent Petitioner Mateo Manrique Barbosa in his Petition for a Writ of Habeas Corpus (26-cv-3561) before this Court.

On May 7, 2026, Petitioner and Respondents filed a joint Stipulation of Voluntary Dismissal in this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Petitioner stipulated to voluntary dismissal because he wishes to be deported from the United States as quickly as possible.

Since filing this Stipulation of Voluntary Dismissal, this matter has not been dismissed. Petitioner respectfully requests that this matter is dismissed, so he can be expediently deported from the United States.

Petitioner thanks the Court for its attention and consideration of this matter.

**Memorandum Endorsement**

**The case is dismissed without prejudice.**

**SO ORDERED.**

**/s/ Lewis A. Kaplan**

**Dated: May 22, 2026**

Respectfully submitted,

/s/ Edward J. Cuccia

Edward J. Cuccia, Esq.
Edward Cuccia PC
195 Centre Street 2nd Floor
New York, NY 10013

212.966.7775
195 Centre Street 2nd Floor, New York, NY 10013
Info@nycclawfirm.com
www.nycclawfirm.com